# EXHIBIT A



**DYNAMIC RECOVERY SOLUTIONS**

December 13, 2017

Original Creditor: Bank of America, N.A.
Original Account Number: ************4501
Current Creditor: CACH, LLC
DRS Account No. ▓▓▓6449
Current Balance: $1,091.50

Dear Sangshin Lee,

We did not receive a response from our initial contact letter. In order to assist you in clearing this debt, we are offering you options; however, the options listed below are not your only options.

① You may resolve your account for $382.03 if payment is received before January 27, 2018. We are not obligated to renew this offer. Upon receipt and clearance of your payment, this account will be satisfied and closed, and a satisfaction letter will be issued or;

② You may resolve your account for $436.60 in 2 payments starting on January 27, 2018. To comply with this offer, payments should be no more than 30 days apart. We are not obligated to renew this offer. Upon receipt and clearance of these two payments of $218.30, this account will be considered satisfied and closed, and a satisfaction letter will be issued or;

③ You may resolve your account for $491.18 in 4 payments starting on January 27, 2018. To comply with this offer, payments should be no more than 30 days apart. We are not obligated to renew this offer. Upon receipt and clearance of these four payments of $122.80, this account will be considered satisfied and closed, and a satisfaction letter will be issued or;

④ If you are unable to accept the above offer(s), please contact our office. We take pride in working with all consumers, regardless of your current financial position.

 Customer Service: 877-821-1659

 http://drs.cssimpact.com/negotiator/

 PO BOX 25759, GREENVILLE, SC 29616-0759

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

**ACH DISCLOSURE:** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When information from your check is used to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. If you wish to rescind this authorization and cancel this payment, or if the amount withdrawn is different than the amount authorized herein, please call 877-821-1659 between 9:00 A.M. and 5:00 P.M. EST, Monday – Friday at least 2 business days prior to the date of the payment.

Scan this code with your smartphone to pay your bill online.

Please note that a negative credit bureau report reflecting on your credit record may be submitted to a credit reporting agency by the current account owner if you fail to fulfill the terms of your credit obligations. This notice in no way affects any rights you may have.

If you make a partial payment on this account it may restart the statute of limitations on this account.

PLEASE SEE THE REVERSE SIDE FOR IMPORTANT INFORMATION.
Please Detach And Return in The Enclosed Envelope With Your Payment.

PO BOX 25759

Payment Options: Online - visit us at http://drs.cssimpact.com/negotiator • Money Gram - use code 7143
PayPal - send payment to payment@gotodrs.com • Check or Money Order - payable to Dynamic Recovery Solutions

TO PAY BY CREDIT CARD, PLEASE ☐ VISA  ☐ ▓▓▓  ☐ Check  ☐ Money Order